# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Helferich Patent Licensing, L.L.C.

                         Plaintiff,

v.                                              Case No.: 1:08−cv−05189

                                                    Honorable Ruben Castillo

Asustek Computer Incorporated, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2008:

      MINUTE entry before the Honorable Ruben Castillo:After a careful review of this recently filed patent complaint involving foreign defendants who have no business entities in this district, the Court concludes that serious jurisdiction and venue issues arise. Therefore, this lawsuit is dismissed without prejudice to the refiling of this complaint in defendant ASUS Computer International's home district or the filing of a proper amended complaint in this district which establishes jurisdiction and venue. Plaintiff's counsel is given leave to proceed with expedited discovery to establish jurisdiction and venue. Any amended complaint must be filed on or before 12/15/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.